HENRY MARGULIES et al., Respondents, *v.* LESTER J. DENNER, Doing Business as DE MAR TRANSFER Co., et al., Defendants; STANDARD OIL COMPANY OF NEW JERSEY, Appellant, and WESTVACO CHLORINE PRODUCTS CORP., Appellant and Respondent.

Argued May 20, 1947; decided July 2, 1947.

*George A. Garvey* and *James I. McGuire* for Standard Oil Company of New Jersey, appellant.

*Harold R. Medina, James J. Regan* and *George J. Stacy* for Westvaco Chlorine Products Corp., appellant-respondent.

*Louis L. Friedman* and *Benjamin Heller* for Henry Margulies, Juliet Belsito, Anna Bogner and Philip Bogner, plaintiffs-respondents.

*Benjamin Heller, Bernard Eilen, Joshua S. Lev* and *Sol H. Glaubman* for Sam Novik, Joseph Abrahams and Jennie Sclar, plaintiffs-respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.